# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHAD WINDHAM MITCHELL,
Appellant,
vs.
CARSON CITY SHERIFF'S OFFICE,
Respondent.

No. 84783

**FILED**

JUN 09 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying appellant's request for submission of his petition on the ground that appellant has not served the petition on the respondent. First Judicial District Court, Carson City; James E. Wilson, Judge.

The order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court may only consider appeals authorized by statute or court rule). No statute or court rule provides for an appeal from an order denying a request for submission. This court lacks jurisdiction and

ORDERS this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.        _____, J.
Stiglich                           Herndon

---

[1]Given this dismissal, this court takes no action in regard to appellant's letter filed on June 7, 2022.

22-18424

cc: Hon. James E. Wilson, District Judge
Chad Windham Mitchell
Attorney General/Carson City
Carson City District Attorney
Carson City Clerk